**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 215 MAL 2022

           Respondent                   :

                                       :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

           v.                              :

                                       :

MARK BENDER,                       :

                                       :

                  Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.